Form CGFD99 (02/11/2025)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 25–14047–SMG

Chapter: 13

**In re:**

Robert Allen Gibson
2385 NW Executive Center Dr.
Suite 100
Boca Raton, FL 33431
SSN: xxx–xx–8057

## NOTICE OF PRO BONO RESOURCES AND PRO SE (SELF–REPRESENTED) CLINICS

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representations.

| | |
|---|---|
| **Bankruptcy Bar Association of the Southern District of Florida** | **REGISTER FOR A FREE LEGAL CONSULTATION** – The Florida Bar has a volunteer (pro bono) lawyer project that may offer free legal services. If you believe you may qualify for pro bono (free) or low bono (reduced fee) assistance from a lawyer, click www.bankruptcyproseclinicfls.com to REGISTER online. As an alternate option to registering online, you may complete the Application for Pro Bono/Low Bono Bankruptcy Assistance Form at www.flsb.uscourts.gov/sites/flsb/files/documents/attorney/Application_For_Pro_Bono–Low_Bono_Bankruptcy_Assistance.pdf |

- **The Florida Bar Referral Service**
  www.floridabar.org
- **The Bankruptcy Bar Pro Bono Resource Locator**
  www.floridalawhelp.org

- or the following non–profit organization(s) which provides free or reduced fee legal representation to qualified people in your area:

Dade Legal Aid/Put Something Back
123 N.W. First Avenue
Miami, Florida 33128
Telephone: (305) 579–5733
Fax: (305) 372–7693
http://www.dadelegalaid.org
http://www.dadecountyprobono.org

Legal Aid Society of Palm Beach County
423 Fern Street, #200
West Palm Beach, FL 33401
Telephone: (561) 655–8944
Telephone: (800) 403–9353
Fax: (561) 655–5269
http://www.legalaidpbc.org

Florida Rural Legal Services, Inc.
121 N. 2nd Street, 4th Floor
Ft. Pierce, FL 34960
Telephone: (772) 466–4766
http://www.frls.org
**or**
2051 M.L.K. Jr. Blvd. #101
Riviera Beach, FL 33404
Telephone: (561) 820–8902
http://www.frls.org

Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33144
Telephone: (305) 576–0080
http://legalservicesmiami.org

Legal Aid Service of Broward County, Inc.
491 N. State Road 7
Plantation, Florida 33317
Telephone: (954) 765–8950
http://www.browardlegalaid.org

Coast to Coast Legal Aid of South Florida, Inc.
491 N. State Road 7, Second Floor
Plantation, Florida 33317
Telephone: (954) 736–2400
http://coasttocoastlegalaid.org
Broward County residents 60+ where filing will save the home.

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flsb.uscourts.gov.

**Virtual (FREE) clinics for self–represented debtors are conducted monthly by Zoom. Visit the Court's website at https://www.flsb.uscourts.gov/node/231 for dates and Zoom registration links.**

Also, see **Educational Videos** on How To Prepare for your 341 Meeting. Visit https://www.justice.gov/ust/moc.

**Dated: 4/14/25**

**FOR THE COURT:**
Joseph Falzone, Clerk of Court

The clerk shall serve this notice on the Debtor(s).