

**ORDERED in the Southern District of Florida on April 29, 2025.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                Case No. 25-14047-SMG

ROBERT ALLEN GIBSON,                    Chapter 13

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO
EXTEND TIME TO CURE FILING DEFICIENCIES**

This matter came before the Court on pro se Debtor Robert Allen Gibson's *Motion to Extend Time to File Required Information.*[1] Finding good cause to grant an extension, it is

**ORDERED** that:

1.    The motion is **GRANTED**.

---

[1] ECF No. 11.

2. The Debtor must file all missing schedules and documents, as identified in the *Notice of Incomplete Filings Due,*[2] **on or before May 11, 2025.**

3. **If the Debtor fails to file all required schedules and documents on or before May 11, 2025, the Debtor's case may be dismissed without further hearing.**

4. No further extensions will be granted.

5. The Court is unable to appoint an attorney to represent the Debtor in this case. If the Debtor cannot afford to retain an attorney, the Debtor may refer to the *Clerk's Notice of Pro Bono Resources*[3] to inquire into the possibility of obtaining pro bono representation.

###

Copies Furnished To:

Robert Allen Gibson
2385 NW Executive Center Dr.
Suite 100
Boca Raton, FL 33431

Robin R Weiner, Trustee

AUST

---

[2] ECF No. 5.
[3] ECF No. 7.