United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                          Case No. 25-14047-SMG
Robert Allen Gibson                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allen Gibson, 2385 NW Executive Center Dr., Suite 100, Boca Raton, FL 33431-8510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025                                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 2



**ORDERED in the Southern District of Florida on April 29, 2025.**

      *Scott M. Grossman*
      **Scott M. Grossman, Judge**
      **United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No. 25-14047-SMG

ROBERT ALLEN GIBSON,                         Chapter 13

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO
EXTEND TIME TO CURE FILING DEFICIENCIES**

This matter came before the Court on pro se Debtor Robert Allen Gibson's *Motion to Extend Time to File Required Information*.[1] Finding good cause to grant an extension, it is

**ORDERED** that:

1. The motion is **GRANTED**.

---

[1] ECF No. 11.

2. The Debtor must file all missing schedules and documents, as identified in the *Notice of Incomplete Filings Due*,[2] **on or before May 11, 2025.**

3. **If the Debtor fails to file all required schedules and documents on or before May 11, 2025, the Debtor's case may be dismissed without further hearing.**

4. No further extensions will be granted.

5. The Court is unable to appoint an attorney to represent the Debtor in this case. If the Debtor cannot afford to retain an attorney, the Debtor may refer to the *Clerk's Notice of Pro Bono Resources*[3] to inquire into the possibility of obtaining pro bono representation.

###

Copies Furnished To:

Robert Allen Gibson
2385 NW Executive Center Dr.
Suite 100
Boca Raton, FL 33431

Robin R Weiner, Trustee

AUST

---

[2] ECF No. 5.
[3] ECF No. 7.