UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: ROBERT GIBSON,   Case No. 25-14047-SMG
                        Chapter 13

Debtor.
_____/

## MOTION FOR REINSTATEMENT

COMES NOW Debtor, ROBERT GIBSON, and files this Motion for Reinstatement of his Chapter 13 petition, and in support thereof states as follows:

1. Debtor filed his Chapter 13 petition on April 14, 2025.

2. On April 29, 2025, this Court graciously granted Debtor until May 11, 2025, to cure his filing deficiencies, making them due yesterday.

3. Debtor is not yet represented by counsel and is therefore required to provide original signatures and is not permitted to file electronically.

4. Appellant is the sole caregiver for his 92-year-old mother, with deteriorating cognizance.

5. Nevertheless, he arranged to drive to downtown Fort Lauderdale yesterday with original documents, but failed to arrive before 4:00 p.m.

6. Although the Southern District Federal Court Clerk is open until 4:30, they are unable to take any filings for the Bankruptcy Court.

7. Accordingly, Appellant returned this morning just after 9:00 a.m. with his filings.

8. However, Debtor was advised that the documents would not be accepted because his case was dismissed.

9. Additionally, on review, the Deputy Clerk kindly informed Debtor that he had neglected to include 3 essential elements to the proposed filings which elements now accompany this motion along with the previously rejected documents.

WHEREFORE the Debtor respectfully requests that the Court reinstate his bankruptcy and accept the document delivered therewith.

I HEREBY CERTIFY that a copy of the foregoing was provided either electronically or via U.S. Mail to all parties on the matrix this 13th day of May 2025.

ROBERT ALLEN GIBSON
2385 NW Executive Ctr. Dr.
Ste. 100
Boca Raton, FL 33431
Tel (561) 868-2100
intelexigent@gmail.com