

**ORDERED in the Southern District of Florida on June 12, 2025.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROBERT ALLEN GIBSON,   Case No. 25-14047-SMG

    Debtor.   Chapter 13

_____/

### ORDER DENYING MOTION TO REINSTATE CASE

This matter came before the Court for a hearing[1] on June 12, 2025, on pro se Debtor Robert Allen Gibson's *Motion to Reinstate Case*.[2] The Court heard argument from the pro se Debtor and Counsel for the Chapter 13 Trustee. For the reasons stated on the record, which constitute the decision of this Court, it is **ORDERED** that the Debtor's *Motion to Reinstate Case* is **DENIED**.

###

*Copies furnished to all interested parties by Clerk.*

---

[1] ECF No. 18.
[2] ECF No. 15.