**CGFD33** (10/01/16)



ORDERED in the Southern District of Florida on July 25, 2025

*Scott M. Grossman*

**Scott M Grossman**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 25–14047–SMG

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert Allen Gibson
2385 NW Executive Center Dr.
Suite 100
Boca Raton, FL 33431

SSN: xxx–xx–8057

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

# # #